# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5185**

**September Term, 2025**

**1:26-cv-01402-JDB**
**1:26-cv-01169-JDB**

**Filed On: June 3, 2026** [2176476]

American Historical Association and
American Oversight,

       Appellees

    v.

Donald Trump, in his official capacity as
President of the United States and in his
personal capacity, et al.,

       Appellants

-----------------------------

Consolidated with 26-5186

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Appellant(s) in case No(s). 26-5186 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | July 6, 2026 |
| Statement of Issues to be Raised | July 6, 2026 |

       **FOR THE COURT:**
       Clifton B. Cislak, Clerk

BY:   /s/
       Laura M. Morgan
       Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form