# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** American Historical Association

**v.**

Donald Trump                               **Case No:** 26-5185

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

American Historical Association

American Oversight

### Counsel Information

Lead Counsel: Daniel F. Jacobson

Direct Phone: ( 301 ) 823-1148  Fax: (___) _____-_____  Email: dan@jacobsonlawyersgroup.com

2nd Counsel:

Direct Phone: (___) _____-_____  Fax: (___) _____-_____  Email:

3rd Counsel:

Direct Phone: (___) _____-_____  Fax: (___) _____-_____  Email:

Firm Name: Jacobson Lawyers Group PLLC

Firm Address: 5100 Wisconsin Ave. NW, Suite 301

Firm Phone: ( 301 ) 823-1148  Fax: (___) _____-_____  Email: dan@jacobsonlawyersgroup.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)