# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** American Historical Association

<b>v.</b>

Trump

**Case No:** 26-5185

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

DONALD TRUMP

JAMES DAVID VANCE

WHITE HOUSE OFFICE

SUSAN WILES

PHILIP C. DROEGE

NATIONAL SECURITY COUNCIL

CATHERINE KELLER

(continued on attached page)

### Counsel Information

Lead Counsel:  Maxwell A. Baldi

Direct Phone: ( 202 ) 532-0211  Fax: (___) _____  Email: maxwell.baldi@usdoj.gov

2nd Counsel:  Daniel Tenny

Direct Phone: ( 202 ) 514-1838  Fax: (___) _____  Email: daniel.tenny@usdoj.gov

3rd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

Firm Name:  U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Avenue NW, Washington, D.C. 20530

Firm Phone: ( 202 ) 305-1754  Fax: (___) _____  Email: Civil.Appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**Additional represented parties**

STEPHEN MILLER

COUNCIL ON ECONOMIC ADVISERS

PIERRE YARED

EXECUTIVE RESIDENCE

ROBERT B. DOWNING

PRESIDENT'S INTELLIGENCE ADVISORY BOARD

DEVIN NUNES

OFFICE OF ADMINISTRATION

JOSHUA FISHER

OFFICE OF THE VICE PRESIDENT

JACOB RESES

UNITED STATES DOGE SERVICE

AMY GLEASON

UNITED STATES DEPARTMENT OF JUSTICE

TODD BLANCHE[*]

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

ED FORST

---

[*] Todd Blanche has been automatically substituted for his predecessor. *See* Fed. R. App. P. 43(c)(2).