**[ORAL ARGUMENT NOT SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN HISTORICAL ASSOCIATION, *et al.*, | |
| Plaintiffs-Appellants, | |
| v. | No. 26-5185 |
| DONALD TRUMP, *in his official capacity as President of the United States*, *et al.*, | |
| Defendants-Appellees. | |
| FREEDOM OF THE PRESS FOUNDATION, *et al.*, | |
| Plaintiffs-Appellants, | |
| v. | No. 26-5186 |
| DONALD TRUMP, *in his official capacity as President of the United States*, *et al.*, | |
| Defendants-Appellees. | |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

## A.    Parties and Amici

American Historical Association and American Oversight are Plaintiffs-appellees in No. 26-5185.

Freedom of the Press Foundation and Citizens for Responsibility and Ethics in Washington are plaintiffs-appellees in No. 26-5186.

Donald Trump, in his official capacity as President of the United States of America; the Executive Office of The President of the United States; James David Vance, in his official capacity as Vice President of the United States of America; Office of the Vice President of the United States; the White House Office; Susan Wiles, in her official Capacity as White House Chief of Staff; National Archives and Records Administration; and, Edward Forst, in his official capacity as Acting Archivist of the United States are defendants-appellants in Nos. 26-5185 and 26-5186.

Philip C. Droege, in his official capacity as Director of the Office of Records Management; National Security Council; Catherine Keller, in her official capacity as Executive Secretary of the National Security Council; Homeland Security Council; Stephen Miller, in his official capacity as

Homeland Security Advisor; Council on Economic Advisers; Pierre Yared, in his official capacity as Acting Chairman of the White House Council of Economic Advisers; Executive Residence; Robert B. Downing, in his official capacity as White House Chief Usher; President's Intelligence Advisory Board; Devin Nunes, in his official capacity as Chairman of the President's Intelligence Advisory Board; Office of Administration; Joshua Fisher, in his official capacity as Director of the Office of Administration; Jacob Reses, in his official capacity as Chief of Staff to the Vice President; United States DOGE Service; Amy Gleason, in her official capacity as Acting Administrator of the United States DOGE Service; United States Department of Justice; and Todd Blanche,[*] in his official capacity as Acting Attorney General of the United States are defendants-appellants in No. 26-5185 only.

No amici curiae appeared in district court, although John H. Page and David Krucoff sought and were denied leave to appear as amici.

No amici have appeared to date in this Court.

---

[*] Todd Blanche has been automatically substituted for his predecessor. *See* Fed. R. App. P. 43(c)(2).

**B.    Rulings Under Review**

Defendants appeal from the memorandum opinion and orders issued by the district court (Bates, J.) on May 20, 2026. The opinion is not yet published but is available at 2026 WL 1412395.

**C.    Related Cases**

This case has not previously been before this Court or any court other than the district court. Counsel for defendants are unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

DANIEL TENNY

/s/ *Maxwell A. Baldi*

MAXWELL A. BALDI
  Attorney, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C.  20530
  (202) 532-0211
  maxwell.baldi@usdoj.gov

JUNE 2026