[ORAL ARGUMENT NOT SCHEDULED]

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

AMERICAN HISTORICAL ASSOCIATION, *et al.*,

        Plaintiffs-Appellants,

        v.

DONALD TRUMP, *in his official capacity as President of the United States*, *et al.*,

        Defendants-Appellees.

No. 26-5185

FREEDOM OF THE PRESS FOUNDATION, *et al.*,

        Plaintiffs-Appellants,

        v.

DONALD TRUMP, *in his official capacity as President of the United States*, *et al.*,

        Defendants-Appellees.

No. 26-5186

**STATEMENT OF INTENT CONCERNING DEFERRED APPENDIX**

Defendants-Appellants intend to file the joint appendix simultaneously with their opening brief.

Respectfully submitted,

DANIEL TENNY

/s/ *Maxwell A. Baldi*

MAXWELL A. BALDI
  Attorneys, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C.  20530
  (202) 532-0211
  maxwell.baldi@usdoj.gov

JUNE 2026