## [ORAL ARGUMENT NOT SCHEDULED]

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN HISTORICAL ASSOCIATION, *et al.*,

    Plaintiffs-Appellants,

    v.

DONALD TRUMP, *in his official capacity as President of the United States*, *et al.*,

    Defendants-Appellees.

No. 26-5185

FREEDOM OF THE PRESS FOUNDATION, *et al.*,

    Plaintiffs-Appellants,

    v.

DONALD TRUMP, *in his official capacity as President of the United States*, *et al.*,

    Defendants-Appellees.

No. 26-5186

## PRELIMINARY STATEMENT OF ISSUES TO BE RAISED

Potential issues for consideration on appeal include: whether the district court abused its discretion in enjoining White House officials to comply

in full with the Presidential Records Act, preserve presidential records, ensure presidential records are not created on non-official electronic message accounts unless they are forwarded to an official account, and establish policies to preserve and maintain presidential records.

Respectfully submitted,

DANIEL TENNY

/s/ *Maxwell A. Baldi*

MAXWELL A. BALDI
  Attorney, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C.  20530
  (202) 532-0211
  maxwell.baldi@usdoj.gov

JUNE 2026