**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

AMERICAN HISTORICAL
ASSOCIATION, *et al.,*

      *Plaintiffs-Appellees,*

    v.

DONALD TRUMP, *et al.,*

      *Defendants-Appellants.*

FREEDOM OF THE PRESS
FOUNDATION, *et al.,*

      *Plaintiffs-Appellees,*

    v.

DONALD TRUMP, *et al.,*

      *Defendants-Appellants.*

Case No. 26-5185
(consolidated with No. 26-5186)

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), undersigned counsel certifies as

follows:

1

### A.     Parties and *Amici*

Plaintiffs-appellees in No. 26-5185 are American Historical Association and American Oversight.

Plaintiffs-appellees in No. 26-5186 are Freedom of the Press Foundation and Citizens for Responsibility and Ethics in Washington.

Defendants-appellants in No. 26-5185 are Donald J. Trump, in his official capacity as President of the United States and in his personal capacity; James David Vance, in his official capacity as Vice President of the United States; The White House Office; Susan Wiles, in her official capacity as White House Chief of Staff; Philip C. Droege, in his official capacity as Director of the Office of Records Management; National Security Council; Catherine Keller, in her official capacity as Executive Secretary of the National Security Council; Homeland Security Council; Stephen Miller, in his official capacity as Homeland Security Advisor; Council on Economic Advisers; Pierre Yared, in his official capacity as Acting Chairman of the White House Council of Economic Advisers; Executive Residence; Robert B. Downing, in his official capacity as White House Chief Usher; President's Intelligence Advisory Board; Devin Nunes, in his official capacity as Chairman of the President's Intelligence Advisory Board; Office of Administration; Joshua Fisher, in his

2

official capacity as Director of the Office of Administration; Office of the Vice President; Jacob Reses, in his official capacity as Chief of Staff to the Vice President; United States DOGE Service; Amy Gleason, in her official capacity as Acting Administrator of the United States DOGE Service; United States Department of Justice; Todd Blanche,[1] in his official capacity as Acting Attorney General of the United States; National Archives and Records Administration; and Ed Forst, in his official capacity as Acting Archivist of the United States.

Defendants-appellants in No. 26-5186 are Donald Trump, in his official capacity as President of the United States of America; The Executive Office of the President of the United States; James David Vance, in his official capacity as Vice President of the United States of America; Office of the Vice President of the United States; The White House Office; Susan Wiles, in her official capacity as White House Chief of Staff; National Archives and Records Administration; Edward Forst, in his official capacity as Acting Archivist of the United States.

---

[1] Todd Blanche has been automatically substituted for his predecessor. *See* Fed. R. App. P. 43(c)(2).

No amici appeared in the district court. John H. Page and David Krucoff sought leave to appear as amici, but the district court denied their motion. No amici have appeared to date in this Court.

## B.    Rulings Under Review

The rulings under review were entered in *American Historical Association v. Trump*, No. 26-cv-1169 (D.D.C.), and *Freedom of the Press Foundation v. Trump*, No. 26-cv-1402 (D.D.C.), by Judge John D. Bates. They are the May 20, 2026 Memorandum Opinion entered in each case at Docket Numbers 24 (*American Historical Association*) and 15 (*Freedom of the Press Foundation*). That ruling is not yet published.

## C.    Related Cases

This case has not previously been before this Court or any court other than the district court. Counsel for plaintiffs are unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Dated: June 10, 2026

Respectfully Submitted,

*/s/ Stephen K. Wirth*
Stephen K. Wirth
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148

*Counsel for Appellees*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: June 10, 2026                    */s/ Stephen K. Wirth*
                                        Stephen K. Wirth