# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5185

2. DATE DOCKETED: 06-03-2026

3. CASE NAME (lead parties only) American Historical Ass'n    v. Trump

4. TYPE OF CASE: ☒ District Ct - ○ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ⦿ Yes ○ No
If YES, cite statute 28 U.S.C. § 1657(a) (proceeding for preliminary injunction and good cause)

6. CASE INFORMATION:
a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
Civil Action 26-1169    Bankruptcy ___    Tax ___
Criminal ___    Adversary ___
Miscellaneous ___    Ancillary ___

b. Review is sought of:
☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal

c. Name of judge who entered order being appealed:
Judge John D. Bates    Magistrate Judge ___

d. Date of order(s) appealed (use date docketed): 05-20-2026    e. Date notice of appeal filed: 06-02-2026

f. Has any other notice of appeal been filed in this case? ○ Yes ⦿ No    If YES, date filed: ___

g. Are any motions currently pending in trial court? ○ Yes ⦿ No    If YES, date filed: ___
If YES, identify motion ___

h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ⦿ Yes ○ No
If NO, why not? ___

i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # ___    ⦿ No

j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
⦿ Yes ○ No If YES, give each case's court and case name, and docket number:
Freedom of the Press Foundation v. Trump, No. 26-5186 (D.D.C. No. 26-cv-1402)

k. Does this case turn on validity or correct interpretation or application of a statute? ⦿ Yes ○ No
If YES, give popular name and citation of statute Presidential Records Act, 44 U.S.C. §§ 2201, et seq.

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ⦿ No    If so, provide program name and participation dates

Signature /s/ Maxwell A. Baldi    Date 06-10-2026
Name of Party Donald Trump, et al.
Name of Counsel for Appellant/Petitioner Maxwell A. Baldi
Address 950 Pennsylvania Ave., N.W., Rm. 7513, Washington, D.C.  20530
Phone ( 202 ) 532-0211    Fax ( ___ ) ___ - ___

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)