# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN HISTORICAL
ASSOCIATION, *et al.*,

      *Plaintiffs-Appellees*,

    v.

DONALD TRUMP, *et al.*,

      *Defendants-Appellants*.

FREEDOM OF THE PRESS
FOUNDATION, *et al.*,

      *Plaintiffs-Appellees*,

    v.

DONALD TRUMP, *et al.*,

      *Defendants-Appellants*.

Case No. 26-5185
(consolidated with No. 26-5186)

## 26.1 CORPORATE DISCLOSURE STATEMENT

Plaintiffs-Appellees American Historical Association and American Oversight do not have any parent corporations, and no publicly held corporation owns 10% or more of either organization's stock.

1

Dated: June 10, 2026

Respectfully Submitted,

*/s/ Stephen K. Wirth*

Stephen K. Wirth
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148

*Counsel for Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2026, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: June 10, 2026

*/s/ Stephen K. Wirth*
Stephen K. Wirth