**ORAL ARGUMENT SCHEDULED FOR OCTOBER 16, 2026**
**Nos. 26-5185, 26-5186**

# In the United States Court of Appeals for the District of Columbia Circuit

AMERICAN HISTORICAL ASSOCIATION, *et al.*,

Plaintiffs-Appellees,

*v.*

DONALD TRUMP, *in his official capacity as President of the United States and in his personal capacity, et al.*,

Defendants-Appellants.

On Appeal from the United States District Court for the District of Columbia, No. 1:26-cv-1169 (Hon. John D. Bates)

## NOTICE BY 106 MEMBERS OF CONGRESS OF INTENT TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

Benjamin C. Mizer
Rachel F. Cotton
Samuel F. Callahan
Samuel I. Ferenc
Connor J. Morgan
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000
benjamin.mizer@arnoldporter.com

*Counsel for Amici Curiae*

## NOTICE OF INTENT TO FILE BRIEF AS AMICI CURIAE

Pursuant to Circuit Rule 29(b), *amici* respectfully notify the Court of their intent to file a brief in support of Plaintiffs-Appellees and affirmance in the above-captioned consolidated appeals. *Amici* are 106 Members of Congress who are well acquainted with the context, history, and purposes of the Presidential Records Act, as reflected in the Act's legislative history. *Amici*, who include the leadership of committees with jurisdiction over issues concerning the preservation of presidential records, have a strong interest in ensuring that the Presidential Records Act is upheld and adhered to by every presidential administration. *Amici* intend to submit a brief in support of affirmance to highlight the Act's critical purposes and illuminate its legislative history, which makes clear that Defendants' arguments in this case disregard the enacting Congress's expressly stated aims and its careful and longstanding balancing of Executive Branch interests.

A full list of *amici* is below.

1. **Jamie Raskin**
   Representative of Maryland
2. **Robert Garcia**
   Representative of California
3. **Joseph D. Morelle**
   Representative of New York
4. **Katherine Clark**
   Representative of Massachusetts
5. **Pete Aguilar**
   Representative of California

6. **Joe Neguse**
Representative of Colorado

7. **Gabe Amo**
Representative of Rhode Island

8. **Yassamin Ansari**
Representative of Arizona

9. **Becca Balint**
Representative of Vermont

10. **Nanette Barragán**
Representative of California

11. **Joyce Beatty**
Representative of Ohio

12. **Donald S. Beyer Jr.**
Representative of Virginia

13. **Sanford D. Bishop, Jr.**
Representative of Georgia

14. **Suzanne Bonamici**
Representative of Oregon

15. **Brendan F. Boyle**
Representative of Pennsylvania

16. **Julia Brownley**
Representative of California

17. **Nikki Budzinski**
Representative of Illinois

18. **Salud O. Carbajal**
Representative of California

19. **André Carson**
Representative of Indiana

20. **Ed Case**
Representative of Hawaii

21. **Sean Casten**
Representative of Illinois

22. **Kathy Castor**
Representative of Florida

23. **Judy Chu**
Representative of California

24. **Steve Cohen**
Representative of Tennessee

25. **J. Luis Correa**
Representative of California

26. **Joe Courtney**
Representative of Connecticut

27. **Jasmine Crockett**
Representative of Texas

28. **Jason Crow**
Representative of Colorado

29. **Danny K. Davis**
Representative of Illinois

30. **Diana DeGette**
Representative of Colorado

31. **Chris Deluzio**
Representative of Pennsylvania

32. **Mark DeSaulnier**
Representative of California

33. **Maxine Dexter**
Representative of Oregon

34. **Debbie Dingell**
Representative of Michigan

35. **Lloyd Doggett**
Representative of Texas

36. **Sarah Elfreth**
Representative of Maryland

37. **Adriano Espaillat**
Representative of New York

38. **Dwight Evans**
Representative of Pennsylvania

39. **Lizzie Fletcher**
Representative of Texas

40. **Lois Frankel**
Representative of Florida

41. **Laura Friedman**
Representative of California

42. **John Garamendi**
Representative of California

43. **Jesús G. "Chuy" García**
Representative of Illinois

44. **Sylvia Garcia**
Representative of Texas

45. **Dan Goldman**
Representative of New York

46. **Maggie Goodlander**
Representative of New Hampshire

47. **Al Green**
Representative of Texas

48. **Steven Horsford**
Representative of Nevada

49. **Glenn F. Ivey**
Representative of Maryland

50. **Pramila Jayapal**
Representative of Washington

51. **Henry C. "Hank" Johnson, Jr.**
Representative of Georgia

52. **William Keating**
Representative of Massachusetts

53. **Ro Khanna**
Representative of California

54. **John B. Larson**
Representative of Connecticut

55. **George Latimer**
Representative of New York

56. **Teresa Leger Fernández**
Representative of New Mexico

57. **Mike Levin**
Representative of California

58. **Sam T. Liccardo**
Representative of California

59. **Ted W. Lieu**
Representative of California

60. **Zoe Lofgren**
Representative of California

61. **Stephen F. Lynch**
Representative of Massachusetts

62. **John W. Mannion**
Representative of New York

63. **Doris Matsui**
Representative of California

64. **Lucy McBath**
Representative of Georgia

65. **Jennifer L. McClellan**
Representative of Virginia

66. **Betty McCollum**
Representative of Minnesota

67. **Analilia Mejia**
Representative of New Jersey

68. **Robert J. Menendez**
Representative of New Jersey

69. **Grace Meng**
Representative of New York

70. **Dave Min**
Representative of California

71. **Gwen S. Moore**
Representative of Wisconsin

72. **Seth Moulton**
Representative of Massachusetts

73. **Jerrold Nadler**
Representative of New York

74. **Eleanor Holmes Norton**
Representative of the District of Columbia

75. **Alexandria Ocasio-Cortez**
Representative of New York

76. **Nancy Pelosi**
Representative of California

77. **Scott H. Peters**
Representative of California

78. **Brittany Pettersen**
Representative of Colorado

79. **Chellie Pingree**
Representative of Maine

80. **Mike Quigley**
Representative of Illinois

81. **Delia C. Ramirez**
Representative of Illinois

82. **Luz M. Rivas**
Representative of California

83. **Deborah K. Ross**
Representative of North Carolina

84. **Andrea Salinas**
Representative of Oregon

85. **Mary Gay Scanlon**
Representative of Pennsylvania

86. **Jan Schakowsky**
Representative of Illinois

87. **Bradley Scott Schneider**
Representative of Illinois

88. **Robert C. "Bobby" Scott**
Representative of Virginia

89. **Brad Sherman**
Representative of California

90. **Lateefah Simon**
Representative of California

91. **Melanie A. Stansbury**
Representative of New Mexico

92. **Greg Stanton**
Representative of Arizona

93. **Marilyn Strickland**
Representative of Washington

94. **Shri Thanedar**
Representative of Michigan

95. **Bennie G. Thompson**
Representative of Mississippi

96. **Dina Titus**
Representative of Nevada

97. **Rashida Tlaib**
Representative of Michigan

98. **Paul D. Tonko**
Representative of New York

99. **Lori Trahan**
Representative of Massachusetts

100. **Lauren Underwood**
Representative of Illinois

101. **James Walkinshaw**
Representative of Virginia

**102. Debbie Wasserman Schultz**
Representative of Florida

**103. Maxine Waters**
Representative of California

**104. Bonnie Watson Coleman**
Representative of New Jersey

**105. George T. Whitesides**
Representative of California

**106. Frederica S. Wilson**
Representative of Florida

All parties consent to the 106 Members of Congress's participation as *amici curiae*.

Dated: August 26, 2026

Respectfully submitted,

*/s/ Benjamin C. Mizer*

Benjamin C. Mizer
Rachel F. Cotton
Samuel F. Callahan
Samuel I. Ferenc
Connor J. Morgan
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000
benjamin.mizer@arnoldporter.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

Dated: August 26, 2026

/s/ *Benjamin C. Mizer*
Benjamin C. Mizer