**ORAL ARGUMENT SCHEDULED FOR OCT. 16, 2026**

Nos. 26-5185, 26-5186

IN THE

# United States Court of Appeals for the District of Columbia Circuit

AMERICAN HISTORICAL ASSOCIATION, et al.,

*Plaintiffs-Appellees*,

v.

DONALD TRUMP, in his official capacity as President of the United States and in his personal capacity, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court for the District of Columbia

## NOTICE BY FORMER SENIOR NATIONAL SECURITY OFFICIALS OF CONSENT TO FILE BRIEF AS *AMICI CURIAE*

SYDNEY FOSTER
NATHANIEL A.G. ZELINSKY
SARAH ARMSTRONG*
WASHINGTON LITIGATION GROUP
1717 K St., NW, Suite 1120
Washington, D.C. 20006
(202) 521-8750
sfoster@washingtonlitigationgroup.org

*Counsel for Amici Former Senior National Security Officials*

*Admitted only in Massachusetts; practicing under supervision of D.C. Bar members*

## NOTICE BY FORMER SENIOR NATIONAL SECURITY OFFICIALS OF CONSENT TO FILE BRIEF AS *AMICI CURIAE*

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), *amici curiae*—a group of former senior national security officials—respectfully notify the Court that all parties have consented to *amici*'s filing a brief in support of Plaintiffs-Appellees and affirmance. A list of *amici* appears in the appendix to this notice.

Respectfully submitted,

/s/ Sydney Foster
SYDNEY FOSTER
NATHANIEL A.G. ZELINSKY
SARAH ARMSTRONG*
WASHINGTON LITIGATION GROUP
1717 K St., NW, Suite 1120
Washington, D.C. 20006
(202) 521-8750
sfoster@washingtonlitigationgroup.org

*Counsel for Amici Former Senior National Security Officials*

August 26, 2026

*Admitted only in Massachusetts; practicing under supervision of D.C. Bar members*

## APPENDIX – LIST OF *AMICI CURIAE*

**Donald Ayer**, Deputy Attorney General (1989-1990); Principal Deputy Solicitor General (1986-1988); United States Attorney, E.D. California (1982-1986).

**John Bellinger III**, Legal Adviser to the Department of State (2005-2009); Senior Associate Counsel to the President and Legal Adviser to the National Security Council (2001-2005).

**William Braniff**, Director, United States Department of Homeland Security Center for Prevention Programs and Partnerships (2023-2025).

**John O. Brennan**, Director, Central Intelligence Agency (2013-2017); Deputy National Security Advisor for Homeland Security and Counterterrorism and Assistant to the President (2009-2013).

**Steven A. Cash**, Senior Advisor, Department of Homeland Security Office of Intelligence & Analysis (2022-2025).

**James R. Clapper**, Director of National Intelligence (2010-2017); Under Secretary of Defense for Intelligence (2007-2010); Director, National Geospatial-Intelligence Agency (2001-2006); Director, Defense Intelligence Agency (1991-1995).

**Gregory Craig**, White House Counsel (2009-2010); Assistant to the President and Special Counsel (1998-1999); Director of Policy Planning at the Department of State (1997-1998).

**Mary B. DeRosa**, Deputy Counsel to the President and Legal Adviser to the National Security Council (2009-2011); Legal Adviser/Deputy Legal Adviser to the National Security Council (1997-2001).

**Stephen DeVine**, Deputy Legal Adviser, National Security Council (2000-2002).

**Stuart Gerson**, Acting Attorney General of the United States (1993); Assistant Attorney General, Civil Division (1989-1992); Assistant United States Attorney for the District of Columbia (1972-1975).

**Avril Haines**, Director of National Intelligence (2021-2025); Principal Deputy National Security Advisor (2015-2017).

**General Michael Hayden**, Director of the Central Intelligence Agency (2006-2009); Principal Deputy Director of National Intelligence (2005-2006); Director of the National Security Agency (1999-2005).

**Brett M. Holmgren**, Assistant Secretary of State for Intelligence and Research (2021-2024); Special Assistant to the President and Senior Director for Intelligence Programs, National Security Council (2015-2017).

**Alan Kreczko**, Legal Advisor, National Security Council (1982-1987).

**Hon. Michael Luttig**, Circuit Judge, United States Court of Appeals for the Fourth Circuit (1991-2006); Counselor to the Attorney General (1990-1991); Assistant Attorney General and Deputy Assistant Attorney General, Office of Legal Counsel (1989-1990).

**Barbara L. McQuade**, United States Attorney, E.D. Michigan (2010-2017); former Co-Chair, Terrorism and National Security Subcommittee, Attorney General's Advisory Committee of United States Attorneys, U.S. Department of Justice.

**Brian H. Nilsson**, Deputy Assistant Secretary of State for Defense Trade Controls (2015-2017); Director of Non-Proliferation, Export Controls, National Security Council (2008-2015).

**Ambassador Thomas Pickering**, Undersecretary of State for Political Affairs (1997-2000); U.S. Ambassador to Russia (1993-1996); U.S. Ambassador to India (1992-1993); U.S. Ambassador to the United Nations (1989-1992); U.S. Ambassador to Israel (1985-1988); U.S. Ambassador to Jordan (1974-1978).

**John Podesta**, Senior Advisor to the President for International Climate Policy (2022-2025); Counselor to the President (2014-2015); Chief of Staff to the President (1998-2001); Deputy Chief of Staff to the President (1997-1998); Assistant to the President and Staff Secretary (1993-1995).

**Alan Raul**, Vice Chairman, Privacy and Civil Liberties Oversight Board (2006-2008); General Counsel to the Office of Management and Budget (1988-1989); Associate Counsel to the President (1986-1988).

**Ambassador Susan E. Rice**, U.S. Ambassador to the United Nations (2009-2013); National Security Advisor (2013-2017).

**Nicholas Rostow**, Special Assistant to the President and Legal Adviser to the National Security Council (1987-1993).

**Gregory L. Schulte**, Executive Secretary, National Security Council (2003-2005).

**Hon. Abraham D. Sofaer**, Legal Advisor, Department of State (1985-1990); District Judge, United States District Court for the Southern District of New York (1979-1985).

**Jonathan M. Winer**, United States Special Envoy for Libya (2013-2017); Deputy Assistant Secretary of State for International Law Enforcement (1994-1999).