# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** American Historical Ass'n, et al.

**v.**

Donald Trump, et al.

**Case No:** 26-5185, 26-5186

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

106 Members of Congress (list attached)

### Counsel Information

Lead Counsel: Benjamin C. Mizer

Direct Phone: ( 202 ) 942-6106 Fax: ( 202 ) 942-5999 Email: benjamin.mizer@arnoldporter.com

2nd Counsel: Samuel F. Callahan

Direct Phone: ( 202 ) 942-6978 Fax: ( 202 ) 942-5999 Email: sam.callahan@arnoldporter.com

3rd Counsel: Samuel I. Ferenc

Direct Phone: ( 202 ) 942-5729 Fax: ( 202 ) 942-5999 Email: sam.ferenc@arnoldporter.com

Firm Name: Arnold & Porter Kaye Scholer LLP

Firm Address: 601 Massachusetts Ave, NW Washington, DC 20001-3743

Firm Phone: ( 202 ) 942-5000 Fax: ( 202 ) 942-5999 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

**ADDENDUM TO ENTRY OF APPEARANCE**

Nos. 26-5185, 26-5186

***Amici Curiae* Information**

1. **Jamie Raskin**
   Representative of Maryland
2. **Robert Garcia**
   Representative of California
3. **Joseph D. Morelle**
   Representative of New York
4. **Katherine Clark**
   Representative of Massachusetts
5. **Pete Aguilar**
   Representative of California
6. **Joe Neguse**
   Representative of Colorado
7. **Gabe Amo**
   Representative of Rhode Island
8. **Yassamin Ansari**
   Representative of Arizona
9. **Becca Balint**
   Representative of Vermont
10. **Nanette Barragán**
    Representative of California
11. **Joyce Beatty**
    Representative of Ohio
12. **Donald S. Beyer Jr.**
    Representative of Virginia
13. **Sanford D. Bishop, Jr.**
    Representative of Georgia
14. **Suzanne Bonamici**
    Representative of Oregon

15. **Brendan F. Boyle**
    Representative of Pennsylvania
16. **Julia Brownley**
    Representative of California
17. **Nikki Budzinski**
    Representative of Illinois
18. **Salud O. Carbajal**
    Representative of California
19. **André Carson**
    Representative of Indiana
20. **Ed Case**
    Representative of Hawaii
21. **Sean Casten**
    Representative of Illinois
22. **Kathy Castor**
    Representative of Florida
23. **Judy Chu**
    Representative of California
24. **Steve Cohen**
    Representative of Tennessee
25. **J. Luis Correa**
    Representative of California
26. **Joe Courtney**
    Representative of Connecticut
27. **Jasmine Crockett**
    Representative of Texas
28. **Jason Crow**
    Representative of Colorado
29. **Danny K. Davis**
    Representative of Illinois
30. **Diana DeGette**
    Representative of Colorado

31. **Chris Deluzio**
Representative of Pennsylvania

32. **Mark DeSaulnier**
Representative of California

33. **Maxine Dexter**
Representative of Oregon

34. **Debbie Dingell**
Representative of Michigan

35. **Lloyd Doggett**
Representative of Texas

36. **Sarah Elfreth**
Representative of Maryland

37. **Adriano Espaillat**
Representative of New York

38. **Dwight Evans**
Representative of Pennsylvania

39. **Lizzie Fletcher**
Representative of Texas

40. **Lois Frankel**
Representative of Florida

41. **Laura Friedman**
Representative of California

42. **John Garamendi**
Representative of California

43. **Jesús G. "Chuy" García**
Representative of Illinois

44. **Sylvia Garcia**
Representative of Texas

45. **Dan Goldman**
Representative of New York

46. **Maggie Goodlander**
Representative of New Hampshire

47. **Al Green**
Representative of Texas

48. **Steven Horsford**
Representative of Nevada

49. **Glenn F. Ivey**
Representative of Maryland

50. **Pramila Jayapal**
Representative of Washington

51. **Henry C. "Hank" Johnson, Jr.**
Representative of Georgia

52. **William Keating**
Representative of Massachusetts

53. **Ro Khanna**
Representative of California

54. **John B. Larson**
Representative of Connecticut

55. **George Latimer**
Representative of New York

56. **Teresa Leger Fernández**
Representative of New Mexico

57. **Mike Levin**
Representative of California

58. **Sam T. Liccardo**
Representative of California

59. **Ted W. Lieu**
Representative of California

60. **Zoe Lofgren**
Representative of California

61. **Stephen F. Lynch**
Representative of Massachusetts

62. **John W. Mannion**
Representative of New York

63. **Doris Matsui**
Representative of California

64. **Lucy McBath**
Representative of Georgia

65. **Jennifer L. McClellan**
Representative of Virginia

66. **Betty McCollum**
Representative of Minnesota

67. **Analilia Mejia**
Representative of New Jersey

68. **Robert J. Menendez**
Representative of New Jersey

69. **Grace Meng**
Representative of New York

70. **Dave Min**
Representative of California

71. **Gwen S. Moore**
Representative of Wisconsin

72. **Seth Moulton**
Representative of Massachusetts

73. **Jerrold Nadler**
Representative of New York

74. **Eleanor Holmes Norton**
Representative of the District of Columbia

75. **Alexandria Ocasio-Cortez**
Representative of New York

76. **Nancy Pelosi**
Representative of California

77. **Scott H. Peters**
Representative of California

78. **Brittany Pettersen**
Representative of Colorado

79. **Chellie Pingree**
Representative of Maine

80. **Mike Quigley**
Representative of Illinois

81. **Delia C. Ramirez**
Representative of Illinois

82. **Luz M. Rivas**
Representative of California

83. **Deborah K. Ross**
Representative of North Carolina

84. **Andrea Salinas**
Representative of Oregon

85. **Mary Gay Scanlon**
Representative of Pennsylvania

86. **Jan Schakowsky**
Representative of Illinois

87. **Bradley Scott Schneider**
Representative of Illinois

88. **Robert C. "Bobby" Scott**
Representative of Virginia

89. **Brad Sherman**
Representative of California

90. **Lateefah Simon**
Representative of California

91. **Melanie A. Stansbury**
Representative of New Mexico

92. **Greg Stanton**
Representative of Arizona

93. **Marilyn Strickland**
Representative of Washington

94. **Shri Thanedar**
Representative of Michigan

95. **Bennie G. Thompson**
Representative of Mississippi

96. **Dina Titus**
Representative of Nevada

97. **Rashida Tlaib**
Representative of Michigan

98. **Paul D. Tonko**
Representative of New York

99. **Lori Trahan**
Representative of Massachusetts

100. **Lauren Underwood**
Representative of Illinois

101. **James Walkinshaw**
Representative of Virginia

102. **Debbie Wasserman Schultz**
Representative of Florida

103. **Maxine Waters**
Representative of California

104. **Bonnie Watson Coleman**
Representative of New Jersey

105. **George T. Whitesides**
Representative of California

106. **Frederica S. Wilson**
Representative of Florida