ORAL ARGUMENT SCHEDULED FOR NOVEMBER 16, 2026
No. 26-5185

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

AMERICAN HISTORICAL ASSOCIATION, *et al.,*

*Plaintiff-Appellees,*

v.

DONALD J. TRUMP, *et al.,*

*Defendants-Appellants.*

---

On Appeal from an Order of the U.S. District Court
For the District of Columbia
Case No. 1:26-CV-01169-JDB (Bates, J.)

---

**NOTICE OF FILING AS *AMICI CURIAE* IN SUPPORT OF APPELLEES BY TRUDY HUSKAMP PETERSON, JOHN W. CARLIN, DAVID S. FERRIERO, DEBRA STEIDEL WALL, COLLEEN J. SHOGAN, WILLIAM J. BOSANKO, AND GARY M. STERN**

---

John F. Hundley (No. 44915)
Christopher A. Hatfield (1024182)
BALLARD SPAHR LLP
1909 K Street, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Email: hundleyj@ballardspahr.com
Email: hatfieldc@ballardspahr.com

Counsel for *Amici Curiae*

Pursuant to Fed. R. App. P. 29(b) and D.C. Cir. R. 29(b), Trudy Huskamp Peterson, John W. Carlin, David S. Ferriero, Debra Steidel Wall, Colleen J. Shogan, William J. Bosanko, and Gary M. Stern hereby submit this Notice of Filing as *Amici*. All Parties have consented to the filing of this brief.

Pursuant to Fed. R. App. P. 26.1 and D.C. Cir. R. 26.1, *amici* are individuals to whom those Rules 26.1 do not apply.

Dated: August 27, 2026

Respectfully Submitted,

BALLARD SPAHR LLP

*/s/ Christopher A. Hatfield*

John F. Hundley (No. 44915)
Christopher A. Hatfield (1024182)
1909 K Street, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Email: hundleyj@ballardspahr.com
hatfieldc@ballardspahr.com

*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 27th day of August, 2026, a true and correct copy of the foregoing was served on counsel for all parties via the Court's ECF system.

/s/ *Christopher A. Hatfield*
Christopher A. Hatfield