# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** American Historical Association, et al.

**v.**

Donald J. Trump, et al.

**Case No:** 26-5185

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ◉ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Trudy Huskamp Peterson
David S. Ferriero
Colleen J. Shogan
Gary M. Stern
John W. Carlin
Debra Steidel Wall
William J. Bosanko

### Counsel Information

Lead Counsel: John F. Hundley

Direct Phone: (202) 661-2212 Fax: (202) 661-2299 Email: hundleyj@ballardspahr.com

2nd Counsel: Christopher A. Hatfield

Direct Phone: (202) 661-2263 Fax: (202) 661-2299 Email: hatfieldc@ballardspahr.com

3rd Counsel:

Direct Phone: (____) ____-____ Fax: (____) ____-____ Email:

Firm Name:

Firm Address:

Firm Phone: (____) ____-____ Fax: (____) ____-____ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.