# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-5185** **September Term, 2026**

**1:26-cv-01402-JDB**
**1:26-cv-01169-JDB**

**Filed On: October 2, 2026** **[2196045]**

American Historical Association and
American Oversight,

Appellees

v.

Donald Trump, in his official capacity as
President of the United States and in his
personal capacity, et al.,

Appellants

------------------------------

Consolidated with 26-5186

**O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for October 16, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Millett, Pillard, and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 6, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)