# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** American Historical Association

v.

Trump

**Case No:** 26-5185

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| DONALD TRUMP | PHILIP C. DROEGE |
| JAMES DAVID VANCE | NATIONAL SECURITY COUNCIL |
| WHITE HOUSE OFFICE | CATHERINE KELLER |
| SUSAN WILES | (continued on attached page) |

### Counsel Information

Lead Counsel: John Bailey

Direct Phone: ( 202 ) 514-6993 Fax: ( ___ ) ___-___ Email: John.bailey@usdoj.gov

2nd Counsel:

Direct Phone: ( ___ ) ___-___ Fax: ( ___ ) ___-___ Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___ Fax: ( ___ ) ___-___ Email:

Firm Name: U.S. Department of Justice, Civil Division

Firm Address: 950 Pennsylvania Ave NW, Washington, D.C. 20530

Firm Phone: ( 202 ) 305-1754 Fax: ( ___ ) ___-___ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

**Additional represented parties**

STEPHEN MILLER

COUNCIL ON ECONOMIC ADVISERS

PIERRE YARED

EXECUTIVE RESIDENCE

ROBERT B. DOWNING

PRESIDENT'S INTELLIGENCE ADVISORY BOARD

DEVIN NUNES

OFFICE OF ADMINISTRATION

JOSHUA FISHER

OFFICE OF THE VICE PRESIDENT

JACOB RESES

UNITED STATES DOGE SERVICE

AMY GLEASON

UNITED STATES DEPARTMENT OF JUSTICE

TODD BLANCHE

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

ED FORST