# United States Court of Appeals
# District of Columbia Circuit

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** American Historical Association

**v.**

Donald Trump

**Case No:** 26-5185

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

American Oversight

American Historical Association

### Counsel Information

Lead Counsel: Loree Stark

Direct Phone: ( 304 ) 913-6114 Fax: ( ) - Email: loree.stark@americanoversight.org

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: American Oversight

Firm Address: 1030 15th St NW, B255, Washington, DC 20005

Firm Phone: ( 202 ) 869-5246 Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)