# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5185** **September Term, 2026**

**1:26-cv-01402-JDB**
**1:26-cv-01169-JDB**

**Filed On: October 16, 2026** **[2198673]**

American Historical Association and
American Oversight,

Appellees

v.

Donald Trump, in his official capacity as
President of the United States and in his
personal capacity, et al.,

Appellants

------------------------------

Consolidated with 26-5186

**BEFORE:** Circuit Judges Millett, Pillard, and Walker

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, October 16, 2026 at 9:34 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

John Bailey (DOJ), counsel for Appellants.

Daniel F. Jacobson, counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk